# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0626

VERSUS

DEANDRE GALMON

**SEPTEMBER 23, 2024**

---

In Re:   Deandre Galmon, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 20-CR-484.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** This matter is remanded to the district court to hold a contradictory hearing to determine whether defense counsel wishes to adopt relator's "motion to quash." If counsel does not wish to adopt relator's motion, the district court is instructed to evaluate the motion's disruptive potential in light of **State v. Melon,** 95-2209 (La. 9/22/95), 660 So.2d 466 before determining whether to conduct a hearing consistent with **State v. Alexander,** 2007-1236 (La. App. 3d Cir. 4/9/08), 980 So.2d 877. See **State v. Thibodeaux,** 2017-0705 (La. 12/6/17), 236 So.3d 1253, 1256 (per curiam).

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT